

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAN ZHOU, Individually and on Behalf of All Others Similarly Situated.<br><br>Plaintiff,<br><br>v.<br><br>FARADAY FUTURE INTELLIGENT ELECTRIC INC. f/k/a PROPERTY SOLUTIONS ACQUISITION CORP., CARSTEN BREITFELD, ZVI GLASMAN, WALTER J. MCBRIDE, JORDAN VOGEL, AARON FELDMAN, and YUETING JIA,<br><br>Defendants. | Case No. 2:21-cv-09914-CAS-JCx<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT AND ESTABLISHING DEADLINES** |

[PROPOSED] ORDER

Having considered the Parties' Joint Stipulation Extending Time to Respond to the Complaint and Establishing Deadlines, and good cause appearing, IT IS HEREBY ORDERED:

1.     Defendants have no obligation at this time to move, answer, or otherwise respond to the Complaint (Dkt. No. 1).

2.     Plaintiff shall have sixty (60) days from the date that the Court enters an order appointing lead plaintiff and approving lead counsel under the Private Securities Litigation Reform Act within which to file an amended complaint or notify Defendants that it does not intend to file an amended complaint.

3.     Defendants shall have sixty (60) days from the date that Lead Plaintiff serves its amended complaint, or notice that it does not intend to file an amended complaint, to move, answer, or otherwise respond with respect to the operative complaint.

4.     If the Defendants move to dismiss the operative complaint, Lead Plaintiff shall have sixty (60) days from the receipt of Defendants' motion to file an opposition thereto.

5.     Following the receipt of Lead Plaintiff's opposition, Defendants shall have thirty (30) days to file reply papers in further support of their motion to dismiss.

IT IS SO ORDERED.

Dated: February 22, 2022            By: _____
                                                     The Honorable Christina A. Snyder
                                                     United States District Court Judge

[PROPOSED] ORDER