**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIAN ZHOU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FARADAY FUTURE INTELLIGENT ELECTRIC INC. f/k/a PROPERTY SOLUTIONS ACQUISITION CORP., CARSTEN BREITFELD, ZVI GLASMAN, WALTER J. MCBRIDE, JORDAN VOGEL, AARON FELDMAN, and YUETING JIA,<br><br>Defendants. | Case No.: 2:21-cv-09914-CAS-JCx<br><br>**ORDER ON STIPULATION APPOINTING BYAMBADORJ NOMIN, HAO GUOJUN, PEIHAO WANG, AND SHENTAO YE AS LEAD PLAINTIFFS AND APPROVING SELECTION OF CO-LEAD COUNSEL** |

The Court, having reviewed the Parties' Stipulation and [Proposed] Order Appointing Byambadorj Nomin, Hao Guojun, Peihao Wang, and Shentao Ye as Lead Plaintiffs and Approving Selection of Co-Lead Counsel, and good cause appearing therefore, hereby ORDERS as follows:

1. The motions to appoint Byambadorj Nomin, Hao Guojun, Peihao Wang, and Shentao Ye as Lead Plaintiffs (ECF Nos. 15 and 26) are granted;

///

  Pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), Byambadorj Nomin, Hao Guojun, Peihao Wang, and Shentao Ye are appointed as Lead Plaintiffs in the Action;

2. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Wolf Haldenstein and Pomerantz LLP are appointed as Co-Lead Counsel in the Action; and,

3. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any pending, subsequently filed, removed, or transferred actions that are related to the claims asserted in the Action are consolidated for all purposes.

  By entry of this order on the parties' stipulation, this resolves the remainder of the pending Motions for Appointment (ECF Nos. 16, 20 and 22) noticed for hearing on March 28, 2022, at 10:00 A.M., and the hearing is hereby vacated.

**IT IS SO ORDERED.**

DATED: March 7, 2022

             *Christina A. Snyder*
             HON. CHRISTINA A. SNYDER
             U.S. DISTRICT COURT JUDGE