**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
Austin P. Van (pro hac vice)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
jpafiti@pomlaw.com
avan@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JIAN ZHOU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FARADAY FUTURE INTELLIGENT ELECTRIC INC. f/k/a PROPERTY SOLUTIONS ACQUISITION CORP., CARSTEN BREITFELD, ZVI GLASMAN, WALTER J. MCBRIDE, JORDAN VOGEL, AARON FELDMAN, and YUETING JIA,<br><br>Defendants. | Case No.: 2:21-cv-09914-CAS-JC<br><br>**NOTICE OF DESIGNATION OF AMENDED COMPLAINT AS OPERATIVE** |

1  **TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

2  On November 8, 2022, this Court issued an Order Granting Joint Stipulation Extending Time to File Second Amended Complaint (ECF No. 69), indicating that Plaintiffs shall have "until January 6, 2023 to file a second amended complaint or to designate the Amended Complaint (ECF No. 42) as the operative complaint." Plaintiffs hereby designate the Amended Complaint (ECF No. 42) as the operative complaint.

Dated:  January 6, 2023

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Austin P. Van*
Jeremy A. Lieberman (*pro hac vice*)
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (917) 463-1044
jalieberman@pomlaw.com
avan@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California  90024
Telephone:  (310) 405 7190
Facsimile:  (917) 463 1044
jpafiti@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

**WOLF HALENSTEIN ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney (*pro hac vice*)
Patrick Donovan (*pro hac vice*)
Rourke C. Donahue (*pro hac vice*)
270 Madison Avenue
New York, New York, 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
guiney@whafh.com
donovan@whafh.com
donahue@whafh.com

*Co-Lead Counsel for Lead Plaintiffs*

**HAO LAW FIRM**
**BEIJING HAL JUNBO LAW FIRM**
Junbo Hao
Room 3-401 No. 2 Building,
No. 1 Shuangliubei Street
100024  Beijing
People's Republic of China
Telephone: +86 137-1805-2888
jhao@haolaw.cn

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Telephone:  (973) 313-1887
Facsimile:  (973) 833-0399
lrosen@rosenlegal.com

*Additional Counsel for Lead Plaintiffs*
2

NOTICE OF DESIGNATION OF AMENDED COMPLAINT AS OPERATIVE

**CERTIFICATE OF SERVICE**

I, Austin P. Van, hereby certify that on January 6, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Austin P. Van*
Austin P. Van

NOTICE OF DESIGNATION OF AMENDED COMPLAINT AS OPERATIVE