Pamela S. Palmer (SBN 329952)
pamela.palmer@troutman.com
Alan Kessel (SBN 130707)
alan.kessel@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213.928.9800
Facsimile: 213.928.9850

Jay A. Dubow (Admitted Pro Hac Vice)
jay.dubow@troutman.com
Erica Hall Dressler (Admitted Pro Hac Vice)
erica.dressler@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
Two Logan Square
Eighteenth & Arch
Philadelphia, PA 19103
Telephone: 215.891.4000
Facsimile: 215.891.4750

Attorneys for Defendants
FARADAY FUTURE INTELLIGENT ELECTRIC
INC., CARSTEN BREITFELD, ZVI GLASMAN,
WALTER J. MCBRIDE, JORDAN VOGEL, AARON
FELDMAN, YUETING JIA, DAVID AMSTERDAM,
AVI SAVAR, and EDUARDO ABUSH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DISTRICT

| | |
|---|---|
| JIAN ZHOU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARADAY FUTURE INTELLIGENT ELECTRIC INC. f/k/a PROPERTY SOLUTIONS ACQUISITION CORP., CARSTEN BREITFELD, ZVI GLASMAN, WALTER J. MCBRIDE, JORDAN VOGEL, AARON FELDMAN, and YUETING JIA,<br><br>Defendants. | Case No. 2:21-cv-09914-CAS-JC<br><br>Hon. Christina A. Snyder<br><br>**JOINT STIPULATION EXTENDING TIME TO RESPOND TO THE AMENDED COMPLAINT AND ESTABLISHING DEADLINES** |

139657351

1. WHEREAS, on January 6, 2023, Plaintiff Jian Zhou ("Plaintiff"), through his counsel, designated the amended complaint, filed on May 6, 2022 (the "Amended Complaint") against Faraday Future Intelligent Electric Inc. *f/k/a Property Solutions Acquisition Corp.* ("Faraday"), Carsten Breitfeld, Zvi Glasman, Jordan Vogel, Aaron Feldman, and Yueting Jia (collectively, "Defendants");

2. WHEREAS, Plaintiff and Defendants agree it would be most efficient to extend the deadline to file an answer to the Amended Complaint due to the length of the Amended Complaint and number of Defendants named in this matter;

3. WHEREAS, the current deadline for Defendants to file an answer to Plaintiff's Amended Complaint is January 20, 2023;

4. WHEREAS, accordingly, Plaintiff and Defendants have stipulated to allow Defendants additional time to file an answer;

5. WHEREAS, this stipulation is entered into without prejudice;

6. NOW, THEREFORE, the parties to this action, by and through their counsel and subject to the approval of the Court, hereby agree as follows:

Defendants shall have until February 10, 2023 to file an answer to Plaintiff's Amended Complaint.

| | | |
|---|---|---|
| 1 | Dated: January 17, 2023 | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| 2 | | |
| 3 | | By: *s/ Pamela S. Palmer* |
| 4 | | Pamela S. Palmer<br>Alan Kessel<br>Jay A. Dubow |
| 5 | | Erica Hall Dressler |
| 6 | | Attorneys for Defendants |
| 7 | Dated: January 17, 2023 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| 8 | | |
| 9 | | By: /s/ *Matthew M. Guiney*<br>Matthew M. Guiney |
| 10 | | Attorney for Plaintiffs |

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Pamela S. Palmer*
Pamela S. Palmer

139657351

- 3 -