**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
jpafiti@pomlaw.com
avan@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs & the Proposed Class*

— **additional counsel on signature page** —

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAN ZHOU, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> FARADAY FUTURE INTELLIGENT ELECTRIC INC. f/k/a PROPERTY SOLUTIONS ACQUISITION CORP., CARSTEN BREITFELD, ZVI GLASMAN, WALTER J. MCBRIDE, JORDAN VOGEL, AARON FELDMAN, and YUETING JIA, <br><br> Defendants. | Case No.: 2:21-cv-09914-CAS-JC <br><br> Honorable Christina A. Snyder <br><br> **LEAD PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Hearing Date: October 16, 2023 <br> Hearing Time: 10:00 a.m. <br> Location: Courtroom 8D |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 16, 2023 at 10:00 a.m., or as soon thereafter as the Parties may be heard in the Courtroom of the Honorable Christina A. Snyder, Courtroom 8D, located at the United States Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, Lead Plaintiffs Byambadorj Nomin, Hao Guojun, Peihao Wang, and Shentao Ye ("Plaintiffs") will, and hereby do, move the Court for the entry of the Preliminary Approval Order, attached as Exhibit A to the Stipulation and Agreement of Settlement filed herewith (the "Stipulation"), which provides for:

1. Preliminary approval of the proposed Settlement;

2. Preliminary certification of a Settlement Class; and

3. Approval of the form and method for giving notice, as set forth in the Stipulation; and Setting the date for a hearing (the "Settlement Hearing") to determine: (i) whether the proposed Settlement provided for in the Stipulation is fair, reasonable, and adequate to the Settlement Class and should be finally approved by the Court; (ii) finally certifying the Settlement Class; (iii) Lead Counsel's application for an award of attorneys' fees and expenses; and (iv) Lead Plaintiffs' application for an award of reimbursement for costs and expenses in litigating this action.

This unopposed motion is based upon the accompanying Memorandum of Points and Authorities, the Declaration of Austin P. Van, all the documents and exhibits in support thereof, as well as all the pleadings and papers on file in this matter and any further evidence and argument as may be presented at the hearing.

Lead Counsel conferred with Defendants' counsel with respect to this motion. Defendants' counsel has authorized Lead Counsel to represent that Defendants do not oppose this motion.

| | | |
|---|---|---|
| 1 | Dated: October 5, 2023 | **POMERANTZ LLP** |
| 2 | | |
| 3 | | By: <u>*Austin P. Van*</u> |
| | | Jeremy A. Lieberman (*pro hac vice*) |
| 4 | | Austin P. Van (*pro hac vice*) |
| 5 | | 600 Third Avenue, 20th Floor |
| | | New York, New York 10016 |
| 6 | | Telephone: (212) 661-1100 |
| 7 | | Facsimile: (212) 661-8665 |
| | | jalieberman@pomlaw.com |
| 8 | | avan@pomlaw.com |
| 9 | | Jennifer Pafiti |
| 10 | | 1100 Glendon Avenue, 15th Floor |
| | | Los Angeles, California 90024 |
| 11 | | Telephone: (310) 405-7190 |
| 12 | | Facsimile: (917) 463-1044 |
| | | jpafiti@pomlaw.com |
| 13 | | |
| 14 | | *Co-Lead Counsel for Lead Plaintiffs* |
| 15 | | **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** |
| 16 | | Matthew M. Guiney (*pro hac vice*) |
| 17 | | Patrick Donovan (*pro hac vice*) |
| 18 | | Rourke C. Donahue (*pro hac vice*) |
| | | 270 Madison Avenue |
| 19 | | New York, New York 10016 |
| 20 | | Telephone: (212) 545-4600 |
| | | Facsimile: (212) 686-0114 |
| 21 | | guiney@whafh.com |
| 22 | | donovan@whafh.com |
| | | donahue@whafh.com |
| 23 | | |
| 24 | | *Co-Lead Counsel for Lead Plaintiffs* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | **HAO LAW FIRM** |
| 2 | **BEIJING HAO JUNBO LAW FIRM** |
|   | Junbo Hao |
| 3 | Room 3-401 No. 2 Building, No. 1 |
| 4 | Shuangliubei Street |
|   | 100024 Beijing People's Republic of |
| 5 | China |
| 6 | Telephone: +86 137-1805-2888 |
|   | jhao@haolaw.cn |
| 7 | |
| 8 | **THE ROSEN LAW FIRM, P.A.** |
|   | Laurence M. Rosen |
| 9 | One Gateway Center, Suite 2600 |
| 10 | Newark, New Jersey 07102 |
|    | Telephone: (973) 313-1887 |
| 11 | Facsimile: (973) 833-0399 |
| 12 | lrosen@rosenlegal.com |
| 13 | *Additional Counsel for Lead Plaintiffs* |