**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
jpafiti@pomlaw.com
avan@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs & the Proposed Class*

— additional counsel on signature page —

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIAN ZHOU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FARADAY FUTURE INTELLIGENT ELECTRIC INC. f/k/a PROPERTY SOLUTIONS ACQUISITION CORP., CARSTEN BREITFELD, ZVI GLASMAN, WALTER J. MCBRIDE, JORDAN VOGEL, AARON FELDMAN, and YUETING JIA,<br><br>Defendants. | Case No.: 2:21-cv-09914-CAS-JC<br><br>**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFFS**<br><br><u>CLASS ACTION</u><br><br>Date: March 18, 2024<br>Time: 10:00 a.m.<br>Courtroom: 8D<br>Judge: Hon. Christina A. Snyder |

- 1 -
NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFFS; 2:21-cv-09914-CAS-JC

**PLEASE TAKE NOTICE** that pursuant to the Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 109), on March 18, 2024 at 10:00 a.m., before the Honorable Christina A. Snyder, United States District Judge for the Central District of California, located at 350 W. First Street, Courtroom 8D, 8th Floor, Los Angeles, CA 90012, Lead Plaintiffs Byambadorj Nomin, Hao Guojun, Peihao Wang, and Shentao Ye will and hereby do move this Court, for entry of an order awarding: (i) attorneys' fees of 25% of the Settlement, or $1,875,000; (ii) expense reimbursement of $121,492.45; and (iii) an award of $5,000 each, or $20,000 in total, to Lead Plaintiffs. Lead Plaintiffs base this motion upon the Memorandum of Points and Authorities in Support of Lead Plaintiffs' Motion for Award of Attorneys' Fees and Expenses and Award to Lead Plaintiffs, the Declaration of Matthew M. Guiney and all exhibits attached thereto, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Plaintiffs make this motion following the conference of counsel pursuant to Local Rule 7-3, conducted on February 12, 2024, during which Defendants' counsel advised that Defendants do not oppose this motion.

Dated: February 12, 2024

**POMERANTZ LLP**

By: *Austin P. Van*

Jeremy A. Lieberman (*pro hac vice*)
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
avan@pomlaw.com

- 2 -

NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFFS; 2:21-cv-09914-CAS-JC

Jennifer Pafiti
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney (*pro hac vice*)
Patrick Donovan (*pro hac vice*)
Rourke C. Donahue (*pro hac vice*)
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
guiney@whafh.com
donovan@whafh.com
donahue@whafh.com

*Co-Lead Counsel for Lead Plaintiffs*

**HAO LAW FIRM**
**BEIJING HAO JUNBO LAW FIRM**
Junbo Hao
Room 3-401 No. 2 Building, No. 1 Shuangliubei Street
100024 Beijing People's Republic of China
Telephone: +86 137-1805-2888
jhao@haolaw.cn

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen

- 3 -
NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFFS; 2:21-cv-09914-CAS-JC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

One Gateway Center, Suite 2600
Newark, New Jersey 07102
Telephone: (973) 313-1887
Facsimile: (973) 833-0399
lrosen@rosenlegal.com

*Additional Counsel for Lead Plaintiffs*

- 4 -
NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFFS; 2:21-cv-09914-CAS-JC